SEALED

AO 91 (Rev. 11/11)  Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA

FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

AUG 2 7 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

| United States of America | ) | |
| v. | ) | Case No. 3:18mj 00026 |
| | ) | |
| | ) | |
| Michael Paul Miselis | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____August 11-12, 2017_____ in the county of _____Charlottesville_____ in the
_____Western_____ District of _____Virginia_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2101 | Riots |
| 18 U.S.C. § 371 | Conspiracy to Riot |

This criminal complaint is based on these facts:

**See Attached Affidavit**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dino Cappuzzo, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____08/27/2018_____

_____
*Judge's signature*

City and state: _____Charlottesville, Virginia_____

Honorable Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*