**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Benjamin Drake Daley<br>*Defendant* | )<br>)  Case No. 3:18mj00025<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Benjamin Drake Daley                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   Title 18 United States Code § 2101 (Riots) and
   Title 18 United States Code § 371 (Conspiracy to Riot)

Date:  8/27/18                              _____
                                                          *Issuing officer's signature*

City and state:   Charlottesville, Virginia              Honorable Joel C. Hoppe, Magistrate Judge
                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)*  8/27/18 , and the person was arrested on *(date)*  10/2/18
at *(city and state)*  Hermosa Beach, CA .

Date:  11/5/18                                  _____
                                                          *Arresting officer's signature*

                                                     Michael Allen   CIDUSM
                                                          *Printed name and title*