**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

NOV 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:18mj00027 |
| | ) | |
| Thomas Walter Gillen | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Thomas Walter Gillen                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 United States Code § 2101 (Riots) and

Title 18 United States Code § 371 (Conspiracy to Riot)

Date: 8/27/18

City and state:   Charlottesville, Virginia

_____
*Issuing officer's signature*

Honorable Joel C. Hoppe, Magistrate Judge
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* 8/27/18 | , and the person was arrested on *(date)* 10/2/18 |
|---|---|
| at *(city and state)* Redondo Beach, CA | |

Date: 11/5/18

_____
*Arresting officer's signature*

Michael Allen CIDUSM
*Printed name and title*