| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division, USA v. Benjamin Drake Daley; Case No. 3:18CR25: Date: 12/3/18; Type of Hearing: BND; Parties 1. Joel C. Hoppe, USMJ; 2. Chris Kavanaugh, Thomas Cullin; 3. Lisa Lorish, AFPD; 4. Defendant; Recorded by : Heidi N. Wheeler; Time in Court: 1hr 6 min |
|---|---|
| **Date** | 12/3/2018  **Location**  [CVILLE-3FTR] |

Case 3:18-cr-00025-NKM-JCH    Document 64    Filed 12/03/18    Page 2 of 3
Pageid#: 356
Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Speaker | Note |
|---|---|---|
| 1:14:29 PM | 1,2,1,3 | |
| 1:15:04 PM | 1 | |
| 1:15:17 PM | 3 | |
| 1:16:29 PM | 1 | |
| 1:16:31 PM | 2 | |
| 1:17:36 PM | 1 | |
| 1:18:32 PM | 2 | |
| 1:18:34 PM | 1 | |
| 1:18:45 PM | 3 | Witnesses called |
| 1:19:14 PM | 1 | |
| 1:19:21 PM | 5 | |
| 1:19:30 PM | 3 | |
| 1:19:32 PM | 5 | Joan Daley |
| 1:19:37 PM | 3,5 | |
| 1:23:19 PM | 3,5 | |
| 1:25:01 PM | 3,5 | |
| 1:33:03 PM | 1,2,1,3 | Cross of Ms. Daley |
| 1:33:14 PM | 1,2 | |
| 1:33:25 PM | 2 | Photos submitted for consideration |
| 1:33:35 PM | 1,3 | |
| 1:34:21 PM | 1,2 | Government walks Court through Phtotos |
| 1:34:53 PM | 1,2 | |
| 1:34:58 PM | 1,3 | |
| 1:35:05 PM | 1,2 | Weight of the evidence |
| 1:38:39 PM | 2 | |
| 1:42:43 PM | 2 | |
| 1:46:57 PM | 2 | |
| 1:51:27 PM | 2 | |
| 1:52:55 PM | 2 | History and Characteristics |
| 1:56:31 PM | 2 | Nature and Seriousness |
| 1:58:57 PM | 2 | |
| 2:00:11 PM | 1 | |
| 2:00:14 PM | 3 | |
| 2:00:34 PM | 1 | |
| 2:00:35 PM | 3,1 | |
| 2:29:18 PM | 1,3 | Summary of release plan |
| 2:29:33 PM | 3 | |
| 2:32:26 PM | 1 | |
| 2:33:00 PM | 3 | |
| 2:34:33 PM | 1 | |
| 2:35:39 PM | 3 | |
| 2:38:08 PM | 1 | |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | | |
|---|---|---|
| 2:38:13 PM | 2 | |
| 2:38:52 PM | 1 | Court will review issues |
| 2:39:06 PM | Break | |
| 2:52:15 PM | 1 | Findings by Court |
| 2:56:44 PM | 1 | |
| 3:00:54 PM | 1 | |
| 3:01:59 PM | 2 | |
| 3:02:00 PM | 3 | |
| 3:02:01 PM | 1 | An order will enter |
| 3:02:28 PM | End | |